```
1   BRINEN & ASSOCIATES, LLC
2   Joshua D. Brinen (SBN 264613)
    90 Broad Street, Tenth Floor
3   New York, New York 10004
4   (212) 330-8151 (Telephone)
    (212) 227-0201 (Fax)
5   jbrinen@brinenlaw.com
6   Attorneys for Defendant Cannapharmarx Inc.
7
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRISTOL CAPITAL INVESTORS, LLC, a Delaware limited liability company,  Plaintiff,  vs.  CANNAPHARMARX INC., a Delaware corporation, and DOES 1 though 50, inclusive,  Defendants. | **DEFENDANT'S NOTICE OF REMOVAL** |

Dated: May 5, 2021

/s/ Joshua D. Brinen
Joshua D. Brinen
Brinen & Associates, LLC
90 Broad Street, Tenth Floor
New York, New York 10004
(212) 330-8151 (Telephone)
(212) 227-0201 (Fax)
jbrinen@brinenlaw.com
Attorneys for Defendant Cannapharmarx Inc.

Pursuant to 28 U.S.C. § 1446, Defendant Cannapharmarx Inc, ("CPMD"), "the Defendant," by and through its undersigned counsel, submits this Notice of Removal of this action from the Superior Court of California, County of Los Angeles, to the United States District Court for the Central District of California. In support of this Notice of Removal, the Defendant states as follows:

1. CPMD is the defendant in a lawsuit filed on April 9, 2021, and pending in the Superior Court of California, County of Los Angeles, entitled Bristol Capital Investors, LLC, (hereafter "Bristol") v. Cannapharmarx Inc, Case No. 21STCV13696 (the "State Court Action").

2. Copies of filings from the State Court Action, including the Summons and Complaint are attached as Exhibit 1.

3. CPMD's registered agent, Corporate Creations Network Inc., was served with the Summons and Complaint on April 14, 2021, which it communicated via electronic message to CPMD's Counsel on April 15, 2021. Exhibit 2, Electronic Mail Message from Registered Agent.

4. This Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b), within thirty (30) days after Defendant CPMD's receipt of a copy of the Complaint in the State Court Action.

5. Bristol alleges in its Complaint that it entered into a contract being the Limited Liability Membership Purchase Agreement (the "Agreement") to convey its

interest in the property located at Cathedral City, Riverside County in the State of California (hereafter the "Property") with the entity CPMD, for the sum of Ten Million Five Hundred Thousand Dollars ($10,500,000).

6. Plaintiff alleges that it "has suffered monetary damages of not less than $10.5 Million," *See* Exhibit 1, ¶ 54, which are the same damages that it alleges in the Breach of Contract claim.

7. Based on the allegations in its Complaint, Bristol asserts claims against the Defendant for fraud, breach of contract, breach of duty of good faith and fair dealing, and negligent misrepresentation. *See* Exhibit 1. ¶ 43-81.)

8. The Complaint in the State Court Action asserts claims over which this Court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1).

9. Bristol is a single member limited liability company that is registered as a foreign limited liability company in the State of New Jersey with a registered place of business at 1 Robin's Lane, Kinnelon, New Jersey 07405, in the State of New Jersey.

10. Pursuant to records filed with the Secretary of State in the State of New Jersey, Bristol has one member, JWS Advisors LLC. A copy of these corporate records are attached as Exhibit 3.

11. Pursuant to records filed with the Secretary of State in the State of California, JWS Advisors LLC is a single member limited liability company.

12. Pursuant to records filed with the Secretary of State in the State of California, JWS Advisors LLC's sole member is an individual by the name of Jason Sanders who is a citizen of the State of California. A copy of these corporate records are attached as Exhibit 4.

13. Pursuant to records filed with the Secretary of State in the State of California, Mr. Sanders resides at 2679 15th Avenue, San Francisco, California 94127, in the State of California. A copy of these corporate records are attached as Exhibit 5.

14. CPMD is a corporation for-profit organized under the laws of the State of Delaware with its principal place of business located at 3600 888-3rd Street, SW Calgary, Alberta, Canada T2P5C5 in the jurisdiction of the Provence of Alberta, Canada. A copy of a previous CPMD Form 10 Q filing and record from the Secretary of State of Delaware evidencing this is annexed as Exhibit 6.

15. Accordingly, this action involves citizens of different states.

16. The amount in controversy in this case exceeds Seventy-Five Thousand Dollars ($75,000).

17. As the parties invoking this Court's jurisdiction, the Defendants bear the burden of proving facts that make it possible that more than Seventy-Five Thousand Dollars ($75,000) is at issue.

18. In doing so, the Defendants may rely on an estimate of the potential damages from the allegations in the complaint.

19. The Defendants must prove these jurisdictional facts, not jurisdiction itself, by a preponderance of the evidence.

20. Plaintiff alleges that it has suffered monetary damages of not less than Ten Million Five Hundred Thousand Dollars ($10,500,000). *See* Exhibit 1, ¶ 54 and 65, which are the same damages that it alleges in the Breach of Contract claim.

21. Bristol represents that the amount in controversy on the State Court Action Civil Case Cover Sheet exceeds Seventy-Five Thousand Dollars ($75,000) by seeking a monetary judgment of more than Ten Million Five Hundred Thousand Dollars ($10,500,000). *See* Exhibit 1, ¶ 54 and 65.

22. The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000).

23. Accordingly, the Court has diversity jurisdiction over this action because this action involves citizens of different states and an amount in controversy greater than Seventy-Five Thousand Dollars ($75,000).

24. Venue for the removal properly lies in the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1441(a) because this district embraces the place where the State Court Action is pending.

WHEREFORE, Defendant CPMD respectfully requests that this action, now pending in the Superior Court of California, County of Los Angeles, be removed

therefrom to this Court and that further proceedings in this action be conducted in this Court as provided by law.

Dated:  May 5, 2021

                                            /s/ Joshua D. Brinen
                                            Joshua D. Brinen
                                            Brinen & Associates, LLC
                                            90 Broad Street, Tenth Floor
                                            New York, New York 10004
                                            (212) 330-8151 (Telephone)
                                            (212) 227-9291 (Fax)
                                            jbrinen@brinenlaw.com
                                            Attorneys for Defendant Cannapharmarx Inc.

## CERTIFICATE OF SERVICE

I certify that, on May 5, 2021, I e-filed the foregoing for delivery via electronic and regular mail to:

SHUMAKER MALLORY, LLP
Clarisse Young Shumaker
Bennet J. Yankowitz
Lisa Hiraide
333 S. Grand Avenue, Suite 3400
Los Angeles, California 90071

Mailing Address:

1 Ringbit Road W.
Rolling Hills, California 90274
Attorneys for Plaintiff Bristol Capital Investors, LLC

/s/ Joshua D. Brinen