UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 21-03808 SB (JCx) | Date: | May 26, 2021 |
|---|---|---|---|

| Title: | *Bristol Capital Investors, LLC v. Cannapharmarx Inc., et al* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Paul Cruz | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **IN CHAMBERS**

The Court strikes the PETITION to Remand Case to Los Angeles Superior Court filed by Plaintiff Bristol Capital Investors, LLC., Dkt. No. 13, without prejudice to refiling in compliance with the Notice of Deficiencies, *see* Dkt. No. 17.